# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE FIGUEROA,<br><br>　　　　　　　　　　　Defendant. | Case No. 22-cr-01553-BAS-6<br><br>**ORDER DENYING MOTION TO CORRECT SENTENCE**<br>**(ECF No. 271)** |

Defendant Michelle Figueroa moves to correct her sentence based on the new guideline amendments for zero-point offenders. (ECF No. 271.) However, at the time she was sentenced, in anticipation of the change in the guideline calculations, the Court already applied the two-point reduction. Therefore, since Defendant has already received the requested relief, her Motion is **DENIED**.

The U.S. Sentencing Commission adopted amendments to the United States Sentencing Guidelines ("U.S.S.G."), which were submitted to Congress and became effective November 1, 2023. *See* Sentencing Guidelines for the United States Courts, 88 Fed. Reg. 60534 (Sept. 1, 2023); U.S.S.G. Amend. 821. Under Part B, these retroactive amendments added an "Adjustment for Certain Zero-Point Offenders." U.S.S.G. § 4C1.1. This adjustment provides for a two-point decrease in the offense level for defendants who

"did not receive any criminal history points" when calculating the defendant's criminal history. *Id.* § 4C1.1(a)(1)–(10).

On October 31, 2023, one day before official adoption of these guideline amendments, the Court sentenced Defendant to 12 months and a day in custody. (ECF No. 246.) According to the Statement of Reasons completed by the Court after sentencing, because Defendant was a zero-point offender, the Court deducted two points from Defendant's base offense level when calculating her guideline range in anticipation of the amendments to the guidelines.

Defendant now files a Motion to Correct her Sentence based on the amendments to the U.S.S.G. referenced above. (ECF No. 271.) She argues that she is entitled to a two-point downward variance in her base offense level because she is a zero-point offender. (ECF No. 271.)

However, Defendant already received this two-point deduction at the time of sentencing. Therefore, her Motion is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 19, 2024**

Hon. Cynthia Bashant
United States District Judge